```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 14940
   STEVEN E HOLDEN
   JOY M HOLDEN                                 CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER
             Debtor
   SSN XXX-XX-2508     SSN XXX-XX-3849

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/15/2004 and was confirmed 06/16/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  12.48% from remaining funds.

     The case was paid in full 12/08/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                                PAID          PAID
--------------------------------------------------------------------------------
UNION FEDERAL BANK OF IN  CURRENT MORTG         .00            .00            .00
JOHN & VIOLET CANADAY     SECURED           3400.00         115.79        3400.00
RESURGENT CAPITAL SERVIC  UNSECURED OTH    19114.87            .00        2388.40
ECAST SETTLEMENT CORP     UNSECURED         3366.54            .00         420.21
NATIONAL CAPITAL MGMT LL  UNSECURED        17622.16            .00        2199.60
BETTER BUDGET FINANCIAL   NOTICE ONLY     NOT FILED            .00            .00
CAPITAL ONE BANK          UNSECURED OTH     417.21            .00          51.88
CAPITAL ONE BANK          UNSECURED         794.39            .00          99.16
CAPITAL ONE BANK          UNSECURED        1080.15            .00         134.82
CAPITAL ONE BANK          UNSECURED        1522.81            .00         190.08
RESURGENT CAPITAL SERVIC  UNSECURED        3298.70            .00         411.74
ECAST SETTLEMENT CORP     UNSECURED       13091.75            .00        1634.11
FIRST NORTH AMERICAN NAT  UNSECURED      NOT FILED            .00            .00
ECAST SETTLEMENT CORP     UNSECURED       11511.65            .00        1436.88
RADIO SHACK               UNSECURED      NOT FILED            .00            .00
RADIO SHACK               UNSECURED      NOT FILED            .00            .00
CLIPPER MAGAZINE          UNSECURED      NOT FILED            .00            .00
JOHN & VIOLET CANADAY     UNSECURED        4100.00            .00         511.76
CAPITAL ONE BANK          SECURED NOT I     113.75            .00            .00
URBAN & BURT LTD          DEBTOR ATTY         .00                            .00
TOM VAUGHN                TRUSTEE                                         805.57
DEBTOR REFUND             REFUND                                           44.00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                     RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE            13,844.00

PRIORITY                                         .00
SECURED                                     3,400.00
    INTEREST                                  115.79

                PAGE  1 - CONTINUED ON NEXT PAGE
    CASE NO. 04 B 14940 STEVEN E HOLDEN & JOY M HOLDEN
```

```
UNSECURED                                                  9,478.64
ADMINISTRATIVE                                                  .00
TRUSTEE COMPENSATION                                         805.57
DEBTOR REFUND                                                 44.00
                                    ---------------   ---------------
TOTALS                                   13,844.00         13,844.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                      /s/ Tom Vaughn
    Dated: 03/05/09            _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE
```